IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REINALDO G. RAMOS and JULIET R. RAMOS,

    Plaintiffs,

  v.

AURORA LOAN SERVICES, et al.,

    Defendants.
                                        /

No. C 09-05579 CW

ORDER CONCERNING PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

    On February 12, 2010, the Clerk of the Court notified the parties of the briefing schedule for Defendant Mortgage Electronic Registration Systems, Inc.'s (MERS) Motion to Dismiss. (Docket No. 16.) The Notice stated that Plaintiffs' opposition would be due February 25, 2010, with any reply due March 4, 2010.

    Plaintiffs have not filed an opposition to MERS' Motion. Plaintiffs shall file their opposition by March 2, 2010 and any reply shall be due March 9, 2010. **Failure by Plaintiffs to file a written opposition to the Motion by March 2 will result in the dismissal of Plaintiffs' claims against MERS for failure to prosecute.**

    IT IS SO ORDERED.

Dated: February 26, 2010

                                    CLAUDIA WILKEN
                                    United States District Judge